## Danko, Appellant, *v.* Lincoln.

Argued September 25, 1972. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Paul Danko, Jr.,* appellant, in propria persona.

*David E. Cohen,* for appellee.

OPINION PER CURIAM, October 4, 1972:

The order of the Court of Common Pleas of Fayette County is affirmed.

Mr. Chief Justice JONES took no part in the consideration or decision of this case.